Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: christensend@jacksonlewis.com

*Attorneys for Defendant*
*Bellagio, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JORGE ROSALES,<br><br>        Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC, a Nevada corporation; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, inclusive,<br><br>        Defendants. | Case No. 2:17-cv-03117-JCM-GWF<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**(First Request)** |

Pursuant to the Court's December 28, 2017, Order Scheduling Early Neutral Evaluation Session, (ECF No. 6) and Local Rule 16-6, Defendant Bellagio, LLC ("Defendant") and Plaintiff Jorge Rosales ("Plaintiff") stipulate and agree to continue the Early Neutral Evaluation ("ENE") Session currently scheduled for February 16, 2018 to **February 28, 2018 at 8:30 a.m.**

The parties will submit confidential written statements to Judge Hoffman's chambers, no later than seven business days before the newly scheduled ENE session.

The scheduling change is necessary because of prior conflicts and the unavailability of Defendant's representative on February 16, 2018.

The stipulation and order is sought in good faith and not for the purpose of delay.

DATED: January 18, 2018.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Victoria L. Neal* | */s/ Deverie J. Christensen* |
| James P. Kemp, Nevada Bar # 6375<br>Victoria L. Neal, Nevada Bar # 13382<br>7435 W. Azure Drive, Ste. 110<br>Las Vegas, Nevada 89130 | Deverie J. Christensen, Nevada Bar # 6596<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff*<br>*Jorge Rosales* | *Attorneys for Defendant*<br>*Bellagio, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. Magistrate Judge

Dated: January 19, 2018

4827-3284-2074, v. 1

2