(

Deverie J. Christensen
Nevada State Bar No. 6596
Phillip C. Thompson
Nevada State Bar No. 12114
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email:  christensend@jacksonlewis.com
Email:  phillip.thompson@jacksonlewis.com
*Attorneys for Defendant*
*Bellagio, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JORGE ROSALES, | Case No. 2:17-cv-03117-JCM-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER ( First Request)** |
| BELLAGIO, LLC, a Nevada corporation; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, inclusive, | |
| Defendants. | |

Pursuant to LR 26-4, all parties hereby stipulate to extend the discovery plan and scheduling order deadlines in this action.  This is the first request for an extension to the discovery plan and scheduling order in this matter.

## REASONS FOR REQUESTING EXTENSION

On June 26, 2018, Plaintiff noticed five depositions of Defendant's current and former employees to be taken on July 17, 18, and 19, 2018.  The discovery cutoff in this case is currently set for July 24, 2018.   While Defendant is attempting to contact these witnesses to determine whether they are available for deposition on the dates noticed, there is a likelihood that one or more of the five witnesses will not be available on the date noticed for his or her deposition. Additionally, on June 29, 2018, Defendant issued seven subpoenas for Plaintiff's medical records. Plaintiff objected to the subpoenas and, after meeting and conferring, the parties reached an agreement

whereby the documents requested can be produced as delineated in the subpoenas, but the documents are to be remained sealed for a simultaneous review. Documents outside the relevant time period and those not relevant to any claim or defense in this matter are to be removed. Moreover, documents upon which the parties cannot agree are to be removed so Plaintiff can seek the appropriate protective order(s).

Accordingly, the parties request a 30-day extension to the discovery period to ensure that these witnesses will be available for deposition prior to the discovery cutoff.

## 1.    DISCOVERY COMPLETED TO DATE:

**Plaintiff:**

| | |
|---|---|
| Initial disclosures to Defendant | February 12, 2018 |
| First supplemental disclosures to Defendant | February 27, 2018 |
| First set of written discovery to Defendant | March 21, 2018 |
| Responses to Defendant's written discovery | May 10, 2018 |
| Second supplemental disclosures to Defendant | May 29, 2019 |

**Defendant:**

| | |
|---|---|
| Initial disclosures to Plaintiff | February 8, 2018 |
| First set of written discovery to Plaintiff | April 10, 2018 |
| First supplemental disclosures to Plaintiff | April 23, 2018 |
| Responses to Plaintiff's written discovery | April 23, 2018 |
| Defendant's deposition of Plaintiff | June 20, 2018 |
| Subpoenas to Plaintiff's medical providers | June 29, 2018 |

## 2.    DISCOVERY YET TO BE COMPLETED:

Plaintiff seeks to depose five current and former employees of Defendant.  The parties are currently working to schedule these depositions.

Jackson Lewis P.C.
Las Vegas

2

**3.      PROPOSED REVISED DISCOVERY PLAN:**

   **A.      Summary of Proposed Changes**

|  | Current Deadline | Revised Deadline |
|---|---|---|
| **Close of Discovery** | **July 24, 2018** | **August 23, 2018** |
| **Dispositive Motions** | **August 23, 2018** | **September 21, 2018** |
| **Pretrial Order** | **September 24, 2018** | **October 24, 2018** |

   **B.      Discovery Cut-Off Date:  July 24, 2018**.

   **C.      Dispositive Motions:**  Dispositive motions may be filed no later than **August 23, 2018**, which is not later than thirty (30) days from the discovery cut-off date.  In the event that the discovery period is extended from the discovery cut-off date set forth in this Stipulation and Order to Extend Discovery Deadlines and Scheduling Order (First Request), the date for filing dispositive motions shall be extended for the same duration, to be no later than thirty (30) days from the subsequent discovery cut-off date.

   **D.      Pretrial Order:**  The pretrial order shall be filed by **October 23, 2018,** which is not later than thirty (30) days after the date set for filing dispositive motions.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision of the dispositive motions or until further order of the Court.

   **E.      Additional Extensions of the Discovery Plan and Scheduling Order:**   The last day for the parties to file their Motion and/or Stipulation to Extend a deadline subject to this Stipulation and Order to Extend Discovery Deadlines and Scheduling Order shall be at least twenty-one (21) days before the expiration of the deadline, and comply fully with LR 26-4.

**F.**     Any deadline not extended in accordance with the Stipulation and Order to Extend Discovery Deadlines and Scheduling Order set forth above shall remain controlled by the Joint Discovery Plan and Scheduling Order (ECF No. 8) filed in this matter on January 28, 2018.

Dated this 3rd day of July, 2018.

KEMP & KEMP                                                JACKSON LEWIS P.C.

*/s/ Victoria L. Neal*                                      */s/ Phillip C. Thompson*
James P. Kemp Bar, No. 6375                 Deverie J. Christensen, Bar No. 6596
Victoria L. Neal, Bar No 13382               Phillip C. Thompson, Bar No. 12114
7435 W. Azure Dr., Ste. 110                     3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89130                          Las Vegas, Nevada 89169

*Attorneys for Plaintiff*                            *Attorneys for Defendant*
*Jorge Rosales*                                          *Bellagio, LLC*

## ORDER

**IT IS SO ORDERED.**

Dated: _____July 5_____, 2018.

_____
HON. GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

4833-0372-8492, v. 1