Deverie J. Christensen
Nevada State Bar No. 6596
Phillip C. Thompson
Nevada State Bar No. 12114
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email:  christensend@jacksonlewis.com
Email:  phillip.thompson@jacksonlewis.com
*Attorneys for Defendant*
*Bellagio, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JORGE ROSALES,<br><br>    Plaintiff,<br><br>    vs.<br><br>BELLAGIO, LLC, a Nevada corporation; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-03117-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(SECOND REQUEST)** |

Pursuant to LR 26-4, all parties hereby stipulate to extend the deadline to file dispositive motions by 30 days as set forth below.

This is the second request for an extension to the discovery plan and scheduling order in this matter. The parties' prior request sought additional time to conduct discovery which in turn has effected the deadline to file dispositive motions under FRCP 56. This extension does not seek additional time to conduct discovery, and is sought in good faith and not for purposes of delay. The request to extend the deadline to file dispositive motions is subject to the good cause standard as the request is made less 21 days prior to its expiration. LR 26-4. Good cause exists to extend the deadline, as transcripts of depositions required for the motion have not yet been finalized.

Jackson Lewis P.C.
Las Vegas

## REASONS FOR REQUESTING EXTENSION

The parties have not yet received all of the final deposition testimony transcripts necessary to prepare and respond to dispositive motions in this case. Specifically, the parties received Laura Moreno's deposition testimony on August 31, 2018, and do not yet have final transcripts for Jessica Harbaugh or Mahnaz Gholizadeh. Ms. Harbaugh's deposition was audio recorded by the court reporter, but due to a malfunction with the court reporter's equipment the deposition transcript for the testimony of Ms. Harbaugh, a key witness in this case, was not prepared and released until August 22, 2018. Ms. Harbaugh's transcript is more than 200 pages in length. She is currently reviewing the transcript for accuracy in order to provide a final version, but she works full time. The transcript for another witness, Mahnaz Gholizadeh, was not available until August 24, 2018. Like Ms. Harbaugh, Ms. Gholizadeh is reviewing her transcript, but she also works full time.

Defense counsel needs additional time to receive and review the transcripts, once final, in order to prepare its motion for summary judgment. Accordingly, the parties request a 30-day extension to the dispositive motion deadline.

**1.    DISCOVERY COMPLETED TO DATE:**

**Plaintiff:**

| | |
|---|---|
| Initial disclosures to Defendant | February 12, 2018 |
| First supplemental disclosures to Defendant | February 27, 2018 |
| First set of written discovery to Defendant | March 21, 2018 |
| Responses to Defendant's written discovery | May 10, 2018 |
| Second supplemental disclosures to Defendant | May 29, 2018 |
| Deposition of Jessica Harbaugh | July 27, 2018 |
| Third supplemental disclosures to Defendant | July 20, 2018 |
| Deposition of Mahnaz Gholizadeh | July 31, 2018 |
| Deposition of Laura Moreno | August 15, 2018 |
| Fourth supplemental disclosures to Defendant | August 23, 2018 |

**Defendant:**

| | |
|---|---|
| Initial disclosures to Plaintiff | February 8, 2018 |
| First set of written discovery to Plaintiff | April 10, 2018 |
| First supplemental disclosures to Plaintiff | April 23, 2018 |
| Responses to Plaintiff's written discovery | April 23, 2018 |
| Defendant's deposition of Plaintiff | June 20, 2018 |
| Subpoenas to Plaintiff's medical providers | June 29, 2018 |
| Deposition of Plaintiff | June 20, 2018 |
| Third supplemental disclosures to Plaintiff | August 20, 2018 |
| Fourth supplemental disclosures to Plaintiff | August 23, 2018 |

**2.   DISCOVERY YET TO BE COMPLETED:**

None.

**3.   PROPOSED REVISED DISCOVERY PLAN:**

   **A.   Summary of Proposed Changes**

| | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| **Dispositive Motions** | **September 21, 2018** | **October 22, 2018** |
| **Pretrial Order** | **October 24, 2018** | **November 26, 2018** |

   **B.   Dispositive Motions:** Dispositive motions may be filed no later than **October 22, 2018**, which is not later than thirty (30) days from the discovery cut-off date.

   **C.   Pretrial Order:** The pretrial order shall be filed by **November 23, 2018,** which is not later than thirty (30) days after the date set for filing dispositive motions. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision of the dispositive motions or until further order of the Court.

   **D.   Additional Extensions of the Discovery Plan and Scheduling Order:** The last day for the parties to file their Motion and/or Stipulation to Extend a deadline subject to this Stipulation and Order to Extend Discovery Deadlines and Scheduling Order shall be at least twenty-one (21) days before the expiration of the deadline, and comply fully with LR 26-4.

**E.** Any deadline not extended in accordance with the Stipulation and Order to Extend Discovery Deadlines and Scheduling Order set forth above shall remain controlled by the Stipulated Amended Discovery Plan and Scheduling Order (ECF No. 17) filed in this matter on July 3, 2018.

Dated this 31st day of August, 2018.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Victoria L. Neal* <br> James P. Kemp Bar, No. 6375 <br> Victoria L. Neal, Bar No 13382 <br> 7435 W. Azure Dr., Ste. 110 <br> Las Vegas, Nevada 89130 | */s/ Phillip C. Thompson* <br> Deverie J. Christensen, Bar No. 6596 <br> Phillip C. Thompson, Bar No. 12114 <br> 3800 Howard Hughes Parkway, Ste. 600 <br> Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* <br> *Jorge Rosales* | *Attorneys for Defendant* <br> *Bellagio, LLC* |

**ORDER**

**IT IS SO ORDERED.**

Dated: September 14, 2018.

_____
HON. GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

4824-8452-1841, v. 1