1  JAMES P. KEMP, ESQ.
   Nevada Bar No.: 6375
2  VICTORIA L. NEAL, ESQ.
   Nevada Bar No.: 13382
3  KEMP & KEMP
4  7435 W. Azure Drive, Ste 110
   Las Vegas, NV  89130
5  702-258-1183 ph/702-258-6983 fax
   jp@kemp-attorneys.com
6  vneal@kemp-attorneys.com

7  *Attorneys for Plaintiff*
8  *Jorge Rosales*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| JORGE ROSALES, | Case No.: 2:17-cv-03117-JCM-GWF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT AT ECF NO. 20** |
| vs. | |
| BELLAGIO, LLC, a Nevada corporation; | |
| Defendant. | **[FIRST REQUEST]** |

Pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff JORGE ROSALES ("Plaintiff"), by and through his undersigned counsel, James P. Kemp, Esq. and Victoria L. Neal, Esq., of the law firm of Kemp & Kemp, and Defendant BELLAGIO ("Defendant"), by and through its undersigned counsel, Deverie J. Christensen, Esq. and Phillip C. Thompson of the law firm of Jackson Lewis P.C., hereby stipulate, subject to approval by the Court, to extend the time for Plaintiff to respond to Defendant's Motion For Summary Judgment at ECF No. 20.  This is the first request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgement.  This request is sought in good faith and not for purposes of undue delay.

1

## I. RELEVANT FACTS

Discovery in this matter closed September 21, 2018 after two previous extensions were requested and granted due to the scheduling of depositions and the parties not having transcripts necessary to proceed with preparing dispositive motions. **ECF Nos. 17 and 19.** The current dispositive motion deadline was October 22, 2018, with responses due November 12, 2018 (Veteran's Day).

## II. REASON FOR REQUEST

The extension is necessary because of Plaintiff's counsels' extremely heavy workload. This includes, but it not limited to, an opening brief for the Ninth Circuit Court of Appeals, an opening brief for the Nevada Supreme Court, preparation for and conducting nine depositions (three out of state) including 30(b)(6) witnesses, defending two depositions, preparation for and attending four worker's compensation hearings, preparation for and attending an unemployment hearing, preparation for and attending an Early Neutral Evaluation conference, and an opposition to a summary judgement motion in another matter. This does not include Plaintiff's counsel's conducting their normal course of business including meeting with clients and potential clients, meet and confers with opposing counsel, witness and expert interviews, and answering and propounding formal discovery requests. In addition, there was one holiday (Nevada Day) and two more holidays (Veteran's Day and Thanksgiving) within now the requested extension time.

Therefore, the parties agree that an extension of time is appropriate and stipulate that Plaintiff have up to and including November 26, 2018, in which to respond to Defendant's motion for summary judgment.

Respectfully submitted,

Dated this 7th day of November, 2018.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| /s/ Victoria L. Neal | /s/ Phillip C. Thompson |
| James P. Kemp Bar, No. 6375 | Deverie J. Christensen, Bar No. 6596 |
| Victoria L. Neal, Bar No. 13382 | Phillip C. Thompson, Bar No. 12114 |
| 7435 W. Azure Dr., Ste. 110 | 3800 Howard Hughes Parkway, Ste. 600 |
| Las Vegas, Nevada 89130 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Jorge Rosales* | *Bellagio, LLC* |

**ORDER**

**IT IS SO ORDERED:**

Dated: November 7, 2018                    _____
UNITED STATES DISTRICT COURT

3