Deverie J. Christensen
Nevada State Bar No. 6596
Phillip C. Thompson
Nevada State Bar No. 12114
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: christensend@jacksonlewis.com
Email: phillip.thompson@jacksonlewis.com
*Attorneys for Defendant*
*Bellagio, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JORGE ROSALES, | Case No. 2:17-cv-03117-JCM-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGEMENT** |
| BELLAGIO, LLC, a Nevada corporation; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, all parties hereby stipulate to extend the time for Defendant to file its Reply in Support of its Motion for Summary Judgment (ECF No. 20). This is the parties' first requires to extend this deadline. This request is sought in good faith and not for purposes of undue delay.

**I.      RELEVANT FACTS**

Discovery in this matter closed September 21, 2018 after two previous extensions were requested and granted due to the scheduling of depositions and the parties not having transcripts necessary to proceed with preparing dispositive motions.  ECF Nos. 17 and 19.  Defendant timely filed its Motion for Summary Judgment on October 22, 2018 (ECF No. 20), with Plaintiff's response due November 12, 2018.  The parties agreed to a two-week extension for Plaintiff to

respond to the Motion for Summary Judgment, which the Court granted, setting Plaintiff's deadline for November 26, 2018. ECF No. 22. Plaintiff timely filed its response on November 26, 2018. ECF No. 23. Defendant now seeks a similar two-week extension of time to file its reply.

## II.  REASON FOR REQUEST

The extension is necessary because of Defense counsels' extremely heavy workload across multiple courts during the month of December. This includes, but it not limited to, dispositive motion briefing in another case pending before this Court, multiple mediations and an early neutral evaluation session, including briefing, in the United States District Court for the District of Nevada in Reno, Nevada, and class decertification briefing in the United States District Court for the Western District of Missouri. This does not include Defense counsel conducting their normal course of business including witness interviews, written discovery, and depositions in litigation pending in various state and federal courts, including travel.

Therefore, the parties agree that an extension of time is appropriate and stipulate that

Defendant shall have up to and including December 28, 2018, to file its reply in support of its motion for summary judgment.

Dated this 30th day of November, 2018.

KEMP & KEMP                                      JACKSON LEWIS P.C.

*/s/ Victoria L. Neal*                           */s/ Phillip C. Thompson*
James P. Kemp Bar, No. 6375                      Deverie J. Christensen, Bar No. 6596
Victoria L. Neal, Bar No. 13382                  Phillip C. Thompson, Bar No. 12114
7435 W. Azure Dr., Ste. 110                      3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89130                          Las Vegas, Nevada 89169

*Attorneys for Plaintiff*                        *Attorneys for Defendant*
*Jorge Rosales*                                  *Bellagio, LLC*

## **ORDER**

**IT IS SO ORDERED:**

Dated: _____     December 4, 2018

_____
UNITED STATES DISTRICT COURT

4829-6897-7281, v. 1