UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JORGE ROSALES,

Plaintiff(s),

v.

BELLAGIO, LLC,

Defendant(s).

Case No. 2:17-CV-3117 JCM (GWF)

ORDER

Presently before the court is the matter of *Rosales v. Bellagio LLC*, case number 2:17-cv-03117-JCM-GWF.  On March 28, 2019, this court granted summary judgment in defendant Bellagio's favor.  (ECF No. 28).  Plaintiff Jorge Rosales appealed (ECF No. 31), and the Ninth Circuit reversed this court's decision (ECF No. 36).  A divided Ninth Circuit panel found that this court "applied the wrong legal standard" and remanded the case "for proper resolution of Rosales' ADA failure to accommodate claim." *Id.* at 3.

Bellagio now moves for a status conference "to discuss with the [c]ourt and [p]laintiff how the [c]ourt would prefer the parties to proceed . . . ." (ECF No. 40 at 1).  A status conference is not necessary.  *Cf* LR 78-1.  The parties shall have until August 14, 2020, to file renewed motions for summary judgment regarding Rosales's remaining ADA claim, which should take into consideration the Ninth Circuit's memorandum disposition.  Briefing shall proceed in the ordinary course, and the court will consider any such motions when they are ripe.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1       The court orders this case be reopened.  The court also notes that Magistrate Judge Foley

2   retired while this case was pending before the Ninth Circuit.  Accordingly, the court orders that

3   this case be assigned to a new magistrate judge.

4       IT IS SO ORDERED.

5       DATED July 29, 2020.

6

_____

7   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**